**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6611**

---

JAMEL TYREE LUNSFORD,

    Plaintiff - Appellant,

    v.

NORTH CAROLINA DEPARTMENT OF CORRECTIONS,

    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03384-D-RJ)

---

Submitted:  October 19, 2023                    Decided:  October 24, 2023

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jamel Tyree Lunsford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel Tyree Lunsford appeals the district court's order dismissing as frivolous and as failing to state a claim under 28 U.S.C. § 1915A(b)(1) Lunsford's amended 42 U.S.C. § 1983 complaint against the North Carolina Department of Corrections. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Lunsford's informal brief, as supplemented, does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment and deny Lunsford's motion requesting the appointment of counsel and various medical and disciplinary records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*